# Court of Appeals
# of the State of Georgia

ATLANTA,  November 07, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1898.  FELIX HILARIO MERIGILDO-OXLAJ v. THE STATE.**

In April 2012, Felix Hilario Merigildo-Oxlaj was convicted of several offenses, including trafficking in marijuana. Through counsel, he filed a timely motion for new trial, which the court denied on August 1, 2012. He then filed a motion for reconsideration, which the court denied on April 4, 2013. On April 17, 2013, Merigildo-Oxlaj filed a notice of appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of the order sought to be appealed. OCGA § 5-6-38 (a). Although Merigildo-Oxlaj had a right to appeal the trial court's August 1, 2012, order, his notice of appeal was filed 259 days after entry of that order. As to the April 4 order, that order is not subject to appellate review. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000) (denial of a motion for reconsideration is not directly appealable).

Because Merigildo-Oxlaj's notice of appeal was not filed within 30 days of a directly appealable order, this appeal is hereby DISMISSED for lack of jurisdiction. As Merigildo-Oxlaj is represented by counsel, he is hereby informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995). This appeal has been dismissed because of your counsel's failure to file a timely notice of appeal. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court enters an order granting your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing your conviction. If the trial court enters an order denying your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to Merigildo-Oxlaj as well as to Merigildo-Oxlaj's attorney, who is also directed to send a copy to Merigildo-Oxlaj.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/07/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*
_____ *, Clerk.*